IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CR 05-00521 M (JCG) |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| JEREMIAH ISAAC PEDERSOLI, | ) | |
| | ) | |
| Defendant. | ) | |

_____

The District Court, having independently reviewed the pleadings in the court file in this matter and the Magistrate Judge's Report and Recommendation, and no objections having been filed by counsel of record,

**IT IS ORDERED** that the District Court **ADOPTS** the Magistrate Judge's report and recommendation by minutes dated December 14, 2005.

**IT IS FURTHER ORDERED** that this case is **DISMISSED** without prejudice.

DATED this 10th day of January, 2006.

_____
John M. Roll
United States District Judge